FILED
CLERK, U.S. DISTRICT COURT

AUG 1 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SAMUEL TRUJILLO,

               Petitioner,

        v.

V. ALMAGER, Warden,

               Respondent.

Case No. CV 08-0689-PSG (JTL)

**J U D G M E N T**

     In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

     IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED:  8/12/0Y

                          PHILIP S. GUTIERREZ
                          UNITED STATES DISTRICT JUDGE